Isaac Ruiz (pro hac vice)
Havila C. Unrein (SBN 290806)
Kathryn M. Knudsen (pro hac vice)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101-3052
(206) 623-1900, Fax (206) 623-3384
iruiz@kellerrohrback.com
hunrein@kellerrohrback.com
kknudsen@kellerrohrback.com

Attorneys for Plaintiff James Bird

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES BIRD,<br><br>                              Plaintiff,<br><br>    v.<br><br>KEEFE KAPLAN MARITIME, INC.; AND ERIC KOSTER, D/B/A J&H MARINE, A SOLE PROPRIETORSHIP,<br><br>                              Defendants. | No. 3:14-cv-03277-MEJ<br><br>**JOINT SUPPLEMENTAL BRIEF RE: MOTION TO COMPEL JOINDER**<br><br>**AND MOTION TO CONTINUE**<br><br>**AND ORDER GRANTING CONTINUANCE** |

## I.   INTRODUCTION

On January 29, 2015, the Court ordered the parties to confer and file a joint report on the identity and citizenship of all Underwriters and Names at Lloyd's of London Subscribing through Premier Marine Insurance Group (USA) ("Underwriters")—Plaintiff's insurers—to determine whether joining the Underwriters as parties to this lawsuit would destroy the Court's diversity jurisdiction. Dkt. 25. Underwriters' counsel identified today that two Underwriters were California residents during the relevant policy period.

No. 3:14-cv-03277-MEJ                                          1                            **JOINT SUPPLEMENTAL BRIEF RE: MOTION TO COMPEL JOINDER AND MOTION TO CONTINUE AND ORDER**

Plaintiff conferred with counsel for Keefe Kaplan Maritime, Inc.'s ("KKMI"), and we jointly request in the Court permit an additional time to prepare a joint report so that the parties are able to research the applicable time period to measure the Underwriters' residency for determining whether diversity exists.

## II.   FACTUAL STATEMENT

On Monday, February 9, 2015, Plaintiff's counsel and counsel for KKMI conferred via telephone regarding the status and procedure to obtain the information requested by the Court. The parties discussed that Premier's counsel, Christopher Nicoll, is the best resource to determine the identities and citizenships of each Underwriter. At that time, Plaintiff's counsel had already contacted Mr. Nicoll to obtain the requested information. Today Mr. Nicoll provided a declaration regarding his progress. It is filed contemporaneously with this brief. Mr. Nicoll believes that no Underwriters reside in California as of today's date. Declaration of Christopher Nicoll ¶ 5. We do know, however, that two of the Underwriters were residents of California during the applicable policy period. *Id*.

## III.   MOTION TO CONTINUE

Because Plaintiff received Mr. Nicoll's declaration today, the same date the Court requested a joint report from counsel, the parties have been unable to fully research the proper time period when diversity is established for jurisdictional purposes.

The parties request that the Court permit the parties to provide a joint report or additional briefing no later than February 19, 2015, so that the parties have time to research and provide supplemental briefing regarding the applicable time period in which diversity is established for jurisdictional purposes.

No. 3:14-cv-03277-MEJ                                   2                                   **JOINT SUPPLEMENTAL BRIEF RE: MOTION TO COMPEL JOINDER AND MOTION TO CONTINUE AND ORDER**

DATED this 12th day of February, 2015.

          KELLER ROHRBACK L.L.P.

By /s/ Kathryn M. Knudsen
   Isaac Ruiz (pro hac vice)
   iruiz@kellerrohrback.com
   Havila C. Unrein (SBN 290806)
   hunrein@kellerrohrback.com
   Matthew J. Preusch (SBN 298144)
   Mpreusch@kellerrohrback.com
   Kathryn M. Knudsen (pro hac vice)
   kknudsen@kellerrohrback.com
   1201 Third Avenue, Suite 3200
   Seattle, Washington 98101-3052
   (206) 623-1900, Fax (206) 623-3384

Attorneys for Plaintiff James Bird


COX, WOOTTON, LERNER, GRIFFIN,
HANSEN & POULOS LLP

(

By: /s/ Mitchell S. Griffin
   Mitchell S. Griffin (SBN 114881)

Attorney for Defendant Keefe Kaplan Maritime, Inc.

## IV. ORDER

Good cause appearing, the parties' time in which to file a joint report or supplemental briefing pursuant to the Court's January 29, 2015 Order (Docket No. 25) is extended up to and including February 19, 2015.

**IT IS SO ORDERED.**

Dated this  17  day of February, 2015.

_____
MARIA-ELENA JAMES
United States Magistrate Judge

```
The parties are admonished that in the future if such a request is needed
that they should file a separate request and proposed order and not include
it in a brief and should be reminded of sending such a request in a more timely
manner.  The motion remains on calendar for March 5, 2015 at 10:00 a.m.
```

No. 3:14-cv-03277-MEJ          4          **JOINT SUPPLEMENTAL BRIEF RE: MOTION TO COMPEL JOINDER AND MOTION TO CONTINUE AND ORDER**

CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record and provide service via electronic mail or U.S. Mail to:

Mitchell S. Griffin
Cox, Wootton, Lerner, Friffin, Hansen & Poulos LLP
190 The Embarcadero
San Francisco, CA  94105
Mgriffin@cwlfirm.com

By:s/*Chris Jarman*
Chris Jarman, Legal Assistant