UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BIRD,<br>       Plaintiff,<br>   v.<br>KKMI SAUSALITO, LLC, et al.,<br>       Defendants. | Case No. 14-cv-03277-MEJ<br><br>**ORDER VACATING HEARING**<br>Re: Dkt. No. 20 |

This matter is currently scheduled for a hearing on March 5, 2015 regarding Defendant Keefe Kaplan Maritime, Inc.'s Motion to Compel Joinder. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the March 5 hearing. The matter is deemed under submission.

**IT IS SO ORDERED.**

Dated: March 2, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge