UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES BIRD,

    Plaintiff,

  v.

KKMI SAUSALITO, LLC, et al.,

    Defendants.

Case No. 14-cv-03277-MEJ

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Having reviewed the parties' Joint Case Management Conference Statement (Dkt. No. 61), the Court finds a Case Management Conference premature given that Defendant Christopher Oschek's responsive pleading is not due until October 19, 2015. Accordingly, **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure 16(b) and Civil Local Rule 16-10, a Case Management Conference will be held in this case before the Honorable Maria-Elena James on November 12, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This conference shall be attended by <u>lead</u> trial counsel for parties who are represented. Parties who are proceeding without counsel must appear personally.

**IT IS FURTHER ORDERED** that no later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders. The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

Any other pending pretrial and trial deadlines are **VACATED**.

**IT IS SO ORDERED.**

Dated: September 3, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge