UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

JAMES BIRD,

   Plaintiff,

  v.

KKMI SAUSALITO, LLC, et al.,

   Defendants.

Case No. 14-cv-03277-MEJ  (LB)

**ORDER REGARDING SETTLEMENT CONFERENCE**

  The parties have a settlement conference set for May 11, 2016. The settlement statements omit the following information required by the court's order regarding the content of statements. (*See* ECF No. 68.) The court orders that the information must be provided by 5:00 p.m. Monday, May 9, 2016. Counsel may email the information to the court's orders box at lbpo@cand.uscourts.gov.

  **Plaintiff** did not provide fees and costs projected through trial and may do so confidentially.

  **Defendant** did not provide fees and costs to date or projected through trial and may do so confidentially. Additionally, the defendant must respond to the plaintiff's demand and must simultaneously notify the court.

  **IT IS SO ORDERED.**

  Dated: May 6, 2016

                 LAUREL BEELER
                 United States Magistrate Judge

ORDER (14-cv-03277-MEJ)