1  **COX, WOOTTON, LERNER,**
   **GRIFFIN & HANSEN, LLP**
2  Mitchell S. Griffin (SBN 114881)
   mgriffin@cwlfirm.com
3  900 Front Street, Suite 350
   San Francisco, CA  94111
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Defendant
6  KEEFE KAPLAN MARITIME, INC.

7  Isaac Ruiz
   Gabriel E. Verdugo (pro hac vice forthcoming)
8  Kathryn M. Knudsen
   **KELLER ROHRBACK L.L.P.**
9  1201 Third Avenue, Suite 3200
   Seattle, Washington 98101-3052
10 (206) 623-1900, Fax (206) 623-3384
   iruiz@kellerrohrback.com
11 gverdugo@kellerrohrback.com

12 Attorneys for Plaintiff
   JAMES BIRD

13

14

15                    **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                     **SAN FRANCISCO DIVISION**

18 JAMES BIRD,                    )   Case No.:  **CV-14-03277 MEJ**
                                  )
19              Plaintiff,        )   **STIPULATION AND**
                                  )   **[PROPOSED] ORDER FOR**
20       v.                       )   **DISMISSAL OF ACTION**
                                  )   **WITH PREJUDICE**
21                                )
   KEEFE KAPLAN MARITIME,         )
22 INC.; ERIC KOSTER, DBA J&H     )
   MARINE, A SOLE                 )
23 PROPRIETORSHIP,                )
                                  )
24              Defendants.       )
                                  )
25 _____)

26        This case having been fully compromised and settled, Plaintiff James

27 Bird ("Plaintiff") and Defendant KEEFE KAPLAN MARITIME, INC.

28 ("KKMI") hereby stipulate, pursuant to Rule 41 of the Federal Rules of Civil

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN, LLP

900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA
94111
TEL: 415-438-4600
FAX: 415-438-4601

Procedure, and request the Court to order that this action, including all claims and counterclaims, be fully dismissed with prejudice, each party to bear its own fees and costs.

SO STIPULATED.

Dated: July 5, 2016

COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP
Attorneys for Defendant
KEEFE KAPLAN MARITIME, INC.

By: /s/ _____
         Mitchell S. Griffin

Dated: July 5, 2016

KELLER ROHRBACK L.L.P.
Attorneys for Plaintiff
JAMES BIRD

By: /s/ _____
         Isaac Ruiz

Pursuant to Local Civil Rule 5.1, **this ECF filer hereby attests that** concurrence in the filing of the document has been obtained from the other Signatory, which shall serve in lieu of his signature on the document**.**

## [PROPOSED] ORDER

Pursuant to the above stipulation of the parties, this action, including all claims and counterclaims, is fully dismissed with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

Dated:  July 8, 2016

_____
Maria-Elena James
United States Magistrate Judge

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN, LLP

900 FRONT STREET, SUITE 350
SAN FRANCISCO, CA
94111
TEL: 415-438-4600
FAX: 415-438-4601

2

Case No. C14-03277-MEJ

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL